UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
DAWN RIVERA,                                                 :
                                    Plaintiff               :
                                                             :    20 Civ. 4990 (LGS)
             -against-                                       :
                                                             :    ORDER
DOLLAR TREE STORES, INC. STORE                               :
NUMBER 4388,                                                 :
                                    Defendant.              :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties submitted an executed Notice, Consent and Reference of a Civil Action to a Magistrate Judge.

WHEREAS, Plaintiff's counsel has not yet entered an appearance in this case. It is hereby

**ORDERED** that by **September 14, 2020**, Plaintiff's counsel shall file a Notice of Appearance in this case. It is further

**ORDERED** that by **September 11, 2020**, Defendant's counsel shall serve a copy of this Order on Plaintiff's counsel and file proof of service.

Dated: September 9, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE