UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X
                                                          :
DAWN RIVERA,                                              :
                                    Plaintiff             :
                                                          :          20 Civ. 4990 (LGS)
                     -against-                            :
                                                          :              ORDER
                                                          :
DOLLAR TREE STORES, INC. STORE                           :
NUMBER 4388,                                              :
                                    Defendant.            :
----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the Order, dated September 9, 2020, directed Plaintiff's counsel to enter an

appearance in this case.

        WHEREAS, Plaintiff's counsel has not yet entered an appearance in this case.  It is

hereby

        **ORDERED** that by **September 17, 2020**, Plaintiff's counsel shall file a Notice of

Appearance in this case.  Failure to comply with Court-ordered deadlines may result in sanctions

or prejudice.  It is further

        **ORDERED** that by **September 16, 2020**, Defendant's counsel shall serve a copy of this

Order on Plaintiff's counsel and file proof of service.

Dated: September 15, 2020
        New York, New York


                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**