UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                            :
DAWN RIVERA,                                :
                              Plaintiff     :
                                            :         20 Civ. 4990 (LGS)
             -against-                      :
                                            :         ORDER
DOLLAR TREE STORES, INC. STORE              :
NUMBER 4388,                                :
                              Defendant.    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties submitted an executed Notice, Consent, and Reference of Civil Action to a Magistrate Judge to the Clerk of Court.

WHEREAS, counsel for Plaintiff on that consent form is not Plaintiff's counsel of record in this case. It is hereby

**ORDERED** that by **September 25, 2020**, the parties shall return an executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form to the Clerk of Court,[1] confirming their intention to conduct all further proceedings before Judge Nathaniel Fox, in compliance with Rule 73.1 of the Local Civil Rules for the Southern and Eastern Districts of New York.

Dated:  September 22, 2020
        New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

---

[1] The form is available at https://www.nysd.uscourts.gov/sites/default/files/practice_documents/rwlConsentToProceedBeforeUSMagistrateJudge._0.pdf.