UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAWN RIVERA,                                          :
                                                      :
            Plaintiff,                      :        **ORDER**
                                                      :
   -against-                                         :        20-CV-4990(KNF)
                                                      :
DOLLAR TREE STORES, INC. STORE                        :
NUMBER 43d/b/a DOLLAR TREE,                                          :
                                                      :
           Defendant.                      :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on December 8, 2020, at 2:00 p.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York          SO ORDERED:
       November 30, 2020

                                              _Kevin Nathaniel Fox_____
                                           KEVIN NATHANIEL FOX
                                           UNITED STATES MAGISTRATE JUDGE