UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAWN RIVERA,                                              :

                            Plaintiff,                     :

              - against -                            :        ORDER

DOLLAR TREE STORES, INC. STORE          :        20-CV-4990 (KNF)
NUMBER 4388,
                                                      :

                          Defendants.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       A telephonic conference was held with counsel to the respective parties on March 9, 2021.

As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, be initiated so as to be completed on or before June 21, 2021;

2. any dispositive motion shall be served and filed on or before July 21, 2021; and

3. if no dispositive motion is made, the parties shall submit their joint pretrial order to the Court on or before July 21, 2021.  That document must conform to the requirements for such an order that are found in the Court's Individual Rules of Practice.

Dated:  New York, New York                  SO ORDERED:
          March 9, 2021

                                                                    /s/ Kevin Nathaniel Fox
                                                                    KEVIN NATHANIEL FOX
                                                                    UNITED STATES MAGISTRATE JUDGE