UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DAWN RIVERA,                                            :

                      Plaintiff,                         :

          - against -                                     :               ORDER

DOLLAR TREE STORES, INC. STORE         :               20-CV-4990 (KNF)
NUMBER 4388,
                                                        :
                     Defendants.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The parties shall submit their joint pretrial order to the Court on or before December 30, 2021. That document must conform to the requirements for such an order that are found in the Court's Individual Rules of Practice.

Dated: New York, New York                SO ORDERED:
       November 30, 2021

                                                                     /s/ Kevin Nathaniel Fox
                                                                 KEVIN NATHANIEL FOX
                                                                 UNITED STATES MAGISTRATE JUDGE