UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DAWN RIVERA,

                              Plaintiff,

       -against-

DOLLAR TREE STORES, INC. STORE NUMBER
4388 D/B/A/ DOLLAR TREE,

                            Defendant.

------------------------------------------------------------------

**ORDER DENYING PARTIES' JOINT PRETRIAL ORDER**

**1:20-CV-4990 (JW)**

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

The parties' Joint Pretrial Order (ECF No. 48) does not comply with Judge Fox's or Judge Willis's Individual Practices. The parties must file a new joint pretrial order in compliance with Judge Willis's Individual Practices, available at https://nysd.uscourts.gov/hon-jennifer-e-willis, by **Wednesday, February 23, 2022 at 5:00 p.m.**

    SO ORDERED.

Dated: February 14, 2022
       New York, New York

                                                        _____
                                                        JENNIFER E. WILLIS
                                                       United States Magistrate Judge