UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DAWN RIVERA,

                              Plaintiff,                **ORDER**

       -against-                           **1:20-CV-4990 (JW)**

DOLLAR TREE STORES, INC. STORE NUMBER
4388 D/B/A/ DOLLAR TREE,

                              Defendant.

-------------------------------------------------------------------
**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

      The parties shall inform the Court of their "bad dates" for trial in the 3rd quarter of 2022 by **Friday, March 4, 2022**. Each side may submit **three** bad dates.

      SO ORDERED.

Dated: February 25, 2022
       New York, New York

                                                    JENNIFER E. WILLIS
                                                    United States Magistrate Judge